August 14, 2015

Ellaine Forester
Court Reporter
PMB No. 229
PO Box 3000
Georgetown, Texas 78627
(512) 863-3417
eforester@Outlook.com

FILED IN
COURT OF CRIMINAL APPEALS

August 17, 2015

ABEL ACOSTA, CLERK

Mr. John Brown
Chief Deputy Clerk
Court of Criminal Appeals
PO Box 12308, Capitol Station
Austin, Texas 78711

Re: AP-77,052, Cause No. 12-1237-K26, STEVEN ALAN THOMAS V STATE

Dear Sir,

Per our phone conversation, I am requesting an extension of time for the Reporter's Record in the above styled cause. The record is due Monday, August 17, 2014. Due to a death in the family and repeated computer problems, I have only gotten approximately two-thirds of the record done, not including the exhibit volumes. I should be able to complete it in 30 days, but because of the technical difficulties I've been having I would ask for 45 days just to be safe.

For the above stated reasons, I would request the new due date be October 1, 2015.

Thank you for your time and attention.


Ellaine Forester
CSR No. 2516